IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JARRETT DIXON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:21-cv-368-MTT-CHW |
| | : | |
| DEBORAH MAPP, | : | Proceedings under 42. U.S.C. § 1983 |
| | : | Before the U.S. Magistrate Judge |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is Defendant's motion for extension of time to file dispositive motions. (Doc. 67). Defendant explains that Plaintiff's time for reviewing his deposition transcript will not be complete until the current dispositive motion deadline passes. Therefore, Defendant requests an extension of time to allow the final transcript to be prepared before any dispositive motions are due. Defendant's motion for extension of time to file dispositive motions (Doc. 67) is **GRANTED**. Dispositive motions are due on or before September 28, 2022.

Plaintiff has also filed a motion to be provided with and to review the transcript of his deposition. (Doc. 66). Defendant stated the transcript has been forwarded to Plaintiff for review. (Doc. 67, p. 2, ¶ 5). Therefore, there is no further action for the Court to take regarding Plaintiff's motion. Plaintiff's motion to review transcripts (Doc. 66) is **DISMISSED as moot**.

**SO ORDERED**, this 29th day of July, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

1